Case MDL No. 905   Document 1   Filed 06/16/15   Page 1 of 9

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 905 -- In re Construction Industries Insurance Trust "ERISA" Litigation

| Date | Pldg. # | Pleading Description |
|---|---|---|
| 91/09/17 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- filed by Equibank, Trustee of the Construction Industries Insurance Trust for transfer of (A-1 thru A-7) w/cert. of svc. -- SUGGESTED TRANSFEREE DISTRICT: W.D. Pennsylvania -- SUGGESTED TRANSFEREE JUDGE: ? (ds) |
| 91/09/27 | | APPEARANCES -- GEORGE C. LAZAR, ESQ. for Wyroc, Inc., et al.; LORIN H. SODERWALL, ESQ. for Charles Mason, et al.; RICHARD M. FREEMAN, ESQ. for T.B. Penick & Sons, Inc., et al.; JOHN A. MCCREARY, JR., ESQ. for Anna Clayton, etc.; THOMAS A. BERRET, ESQ. for Diamond Wire Spring Co., et al.; JOHN E. QUINN, ESQ. for Wulfrath Refractories, Inc.; NORA BARRY FISCHER, ESQ. for Coordinated Benefits Corp., Coordinated Group of Companies, Inc., Coordinated Benefits, Inc., Michael L. Lawton, John D. Babb, Jr. and Timothy J. Buzbee; WALTER A. BUNT, JR., ESQ. for Equibank and the Construction Industries Trust; BARNETT SATINSKY, ESQ. for Pilgrim Life Insurance Company and JOHN A. ANDERSON, ESQ. for Constance B. Foster (ds) |
| 91/10/07 | 2 | RESPONSE -- (to pldg. #1) T.B. Penick & Sons, Inc., et al. -- w/cert. of svc. (rh) |
| 91/10/07 | 3 | RESPONSE/MEMORANDUM -- (to pldg. #1) Wyroc, Inc., et al. -- w/cert. of svc. (rh) |
| 91/10/07 | 4 | RESPONSE -- (to pldg. #1) Pilgrim Life Insurance Company -- w/cert. of svc. (rh) |
| 91/10/08 | 5 | RESPONSE -- (to pldg. #1) Diamond Wire Spring Company, et al. -- w/cert. of svc. (rh) |
| 91/10/15 | 6 | REPLY -- Equibank, as Trustte of the Construction Industries Insurance Trust -- w/cert. of svc. (rh) |
| 91/10/18 | | HEARING ORDER -- setting motion to transfer for Panel Hearing on November 22, 1991 in West Palm Beach, Florida -- Notified involved clerks, Judges and counsel (srg) |
| 91/11/22 | | HEARING APPEARANCES (for Panel Hearing in West Palm Beach, Florida on 11/22/91) -- WALTER A. BUNT, JR., ESQ. for Equibank Trustee of the Construction, Industries Insurance Trust and the Construction, Industries Insurance Trust; THOMAS A. BERRET, ESQ. for Diamond Wire Spring Company, et al., RICHARD J. PEKIN, JR., ESQ. for Wyroc, Inc., Drainage Construction Co., Inc. (kac) |

JPML FORM 1A

p.2

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 905 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/11/22 | | WAIVERS OF ORAL ARGUMENT (for Panel Hearing in West Palm Beach, Florida on 11/22/91) -- Anna Clayton, Wulfrath Refractories, Inc., Pilgrim Life Insurance Company, Constance B. Foster, T.B. Penick & Sons, Inc. et al. (kac) |
| 91/12/27 | | CONSENT OF TRANSFEREE COURT -- for transfer of litigation to Western District of Pennsylvania to the Hon. William L. Standish for pretrial proceedings (kac) |
| 91/12/27 | | TRANSFER ORDER -- Transferring A-1, A-2 and A-3 to the Western District of Pennsylvania -- Notified involved judges, clerks, counsel, panel judges and misc. recipients (kac) |
| 92/03/24 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (B-10) Benjamin A. Balzama v. Pilgrim Life Insurance Company, et al., D. New Jersey, C.A. No. 91-CV-5127 -- Notified involved counsel and judges (kac) |
| 92/04/08 | 7 | NOTICE OF OPPOSITION TO CTO -- (B-10 Benjamin A. Balzama v. Pilgrim Life Insurance Co., et al., D. New Jersey, C.A. No. 91-CV-5127) -- filed by pltf. Benjamin Balzama -- notified involved counsel and judges (bas) |
| 92/04/23 | 8 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- (re: B-10 Benjamin A. Balzama v. Pilgrim Life Insurance Co., et al., D. New Jersey, C.A. No. 1-91-cv-05127) -- Filed by pltf. Benjamin Balzama -- w/proof of svc. (bas) |
| 92/05/12 | 9 | RESPONSE -- (to pldg. #8) filed by deft. Equibank -- w/cert. of svc. (kac) |
| 92/06/19 | | HEARING ORDER -- Setting opposition of pltf. (B-10) Benjamin A. Balzama to transfer for Panel Hearing on July 31, 1992 in Richmond, Virginia -- Notified involved counsel, judges and clerks (bas) |

JPML FORM 1A

P 3

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 905 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/07/31 | | WAIVERS OF ORAL ARGUMENT -- (for Panel Hearing on July 31, 1992 in Richmond, Virginia) -- All parties waived (kac) |
| 92/08/05 | | TRANSFER ORDER -- B-10 Benjamin Balzama v. Pilgrim Life Insurance Company, et al., D. New Jersey, C.A. No. 91-CV-5127 **(Transferred to W.D. Pennsylvania)** -- Notified involved counsel; judges and panel judges (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 905 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE CONSTRUCTION INDUSTRIES INSURANCE TRUST "ERISA" LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | December 27, 1991 | TO | Unpublished | W.D. Pennsylvania | William L. Standish | |

### Special Transferee Information

DATE CLOSED: 7/20/93

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 905 -- In re Construction Industries Insurance Trust "ERISA" Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Wyroc, Inc., et al. v. Coordinated Benefits Corporation of California Insurance Services, et al. v. Equibank, et al. | Cal.,S. | 91-0610-B (CM) | 12-27-91 | 91-2204 | 1/29/93 D | |
| A-2 | Charles Mason, et al. v. Coordinated Benefits, Inc., et al. v. Equibank, et al. | Cal.,C. Stotler | SA-CV-91-250 AHS | 12-27-91 | 91-2206 | 1/29/93 D | |
| A-3 | T.B. Penick & Sons, Inc., et al. v. Construction Industries Insurance Trust, et al. | Cal.,S. | 91-00426-H (IEG) | 12-27-91 | 91-2205 | 1/29/93 D | |
| A-4 | Anna Clayton, etc. v. Construction Industries Insurance Trust, et al. v. Pilgrim Life Insurance Co. | Pa.,W. | 90-2071 | | | 2/19/93 D | |
| A-5 | Diamond Wire Spring Company, et al. v. Equibank, et al. v. Pilgrim Life Insurance Company | Pa.,W. | 91-91 | | | 1/29/93 D | |
| A-6 | Construction Industries Insurance Trust and Equibank as Trustee v. Constance B. Foster, etc. | Pa.,W. | 90-1009 | | | 1/7/93 D | |
| A-7 | Wulfrath Refractories, Inc. v. Equibank, et al. | Pa.,W. | 91-988 | | | 7/20/93 D | |
| XYZ-8 | Peggy Sue Baddeley, et al. v. Equibank, et al. | Pa.,W. | 91-1703 | | | 1/29/93 D | . |
| XYZ-9 | Boardman Steel, Inc., et al. v. Equibank, et al. | Pa.,W. | 91-1702 | | | 1/29/93 D | |

DOCKET NO. 905 -- In re Construction Industries Insurance Trust "ERISA" Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-10 | Benjamin A. Balzama v. Pilgrim Life Insurance Co., et al. 3/24/92 opposed 4/9/92 | N.J. Rodriguez | 91-CV-5127 | 8-5-92 | 92-1736 | 1/29/93 D | |
| XYZ-11 | Construction Industries Insurance Trust, et al. v. Cabot Day Insurance Co., et al. | Penn.,W. | 90-CV-0201 | | | 1/29/93 D | |
| XYZ-12 | Weber Welding v. Coordinated Group of Companies, Inc. | Penn.,W. | 92-CV-0231 | | | 7/20/93 | |
| XYZ-13 | International Surplus Lines Insurance Co. v. Coordinated Group of Companies, Inc., et al. | Penn.,W. | 91-CV-2050 | | | 6/19/92 | |

July 1992  9 xyz / 4 Tr / 13 Pending

Sept. 1992  Same

September 1993  13 Dismissals / 0 Pending

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 905 -- In re Construction Industries Insurance Trust "ERISA" Litigation

===================================================

WYROC, INC., ET AL. (A-1)
George C. Lazar, Esq.
Lindley, Lazar & Scales
600 West Broadway
Suite 1400
San Diego, CA  92101

CHARLES MASON, ET AL. (A-2)
Lorin H. Soderwall, Esq.
211 S. Glendora Avenue
2nd Floor
Glendora, CA  91740

T.B. PENICK & SONS, INC.,
  ET AL. (A-3)
Richard M. Freedman, Esq.
Sheppard, Mullin, Richter
  & Hampton
501 West Broadway, Suite 1900
San Diego, CA  92101

ANNA CLAYTON (A-4)
John A. McCreary, Jr., Esq.
Volk, Frankovitch, Anetakis,
  Recht, Robertson & Hellerstedt
Three Gateway Center, 15th Floor
Pittsburgh, PA  15222

DIAMOND WIRE SPRING COMPANY,
  ET AL. (A-5)
Thomas A. Berret, Esq.
Meyer, Unkovic & Scott
1300 Oliver Building
Pittsburgh, PA  15222

CONSTRUCTION INDUSTRIES INSURANCE
TRUST, ET AL. (Also defts.)
Walter A. Bunt, Jr, Esq.
Kirkpatrick & Lockhart
1500 Oliver Building
Pittsburgh, Pa  15222-5379

WULFRATH REFRACTORIES, INC. (A-7)
John E. Quinn, Esq.
Evans, Rosen, Portnoy & Quinn
301 Grant Street, 36th Floor
One Oxford Center
Pittsburgh, PA  15219-6401

COORDINATED BENEFITS CORPORATION
COORDINATED GROUP OF COMPANIES,
INC.
COORDINATED BENEFITS, INC.
MICHAEL L. LAWTON
JOHN D. BABB, JR.
TIMOTHY J. BUZBEE
Nora Barry Fischer, Esq.
Meyer, Darragh, Buckler, Bebenek
  & Eck
2000 Frick Building
Pittsburgh, PA  15219

JPML Form 4 -- Continuation         - 2 -

Panel Attorney Service List -- p.2

DOCKET NO. 905 -- In re Construction Industries Insurance Trust "ERISA" Litigation

=========================================================

PILGRIM LIFE INSURANCE COMPANY
Barnett Satinsky, Esq.
Fox, Rothschild, O'Brien & Frankel
2000 Market Street, 10th Floor
Philadelphia, Pa  19103

CONSTANCE B. FOSTER
John R. Anderson
Deputy Attorney
4th Floor, Manor Complex
Pittsburgh, PA  15219

BENJAMIN A. BALZAMA (B-10)
Richard S. Hoffman, Esq.
Hoffman, Dimuzio, Hoffman
  & Markus
25-35 Hunter Street
Woodbury, NJ  08096

EQUIBANK (deft. in B-10)
Mark Euclides Herrera, Esq.
Patterson & Weir
Sentry Office Plaza
Suite 704
216 Haddon Avenue
Westmont, NJ  08108

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 905 -- In re Construction Industries ~~Industries~~ Insurance Trust "ERISA" Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Coodinated Benefits Corp. of California Insurance Services | A-1, A-2, A-3, A-4, A-5, A-7 |
| Timothy Buzbee | A-1, A-2 |
| Michael L. Lawton | A-1, A-2 |
| Equibank | A-1, A-2, A-3, A-4, A-5, A-7, B-10 |
| Pilgrim Life Insurance Company of Pennsylvania | A-1, A-2, A-4, A-5, B-10 |
| Cabot-Day Insurance Company | A-1, A-2 |
| Coodinated Group of Companies, Inc. | A-2, A-3, A-4, A-5, A-7, B-10 |
| John D. Babb, Jr. | A-2 |
| Construction Industries Insurance Trust | A-3, A-4 |
| Constance B. Foster | A-6 |
| Benefit Coordinators Corp. | A-3, A-4, A-5, A-7 |